```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01910
   MATTHEW T NOVAK
   CATHY E NOVAK                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1363    SSN XXX-XX-1051
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/05/07 and confirmed on 08/03/07.

   2.  The case was converted to Chapter 7 after confirmation, 02/12/2009.

   3.  The Debtor paid a total of $  11643.56 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 7503.06 | .00 | 3372.29 |
| ACTIVITY COLLECTION SVC | UNSECURED | 345.80 | .00 | 15.87 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 162.15 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 4954.33 | .00 | 430.62 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BERWYN FIRE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| BOCA PALM MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 641.84 | .00 | 55.79 |
| CITY OF BERWYN | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF BOCA RATON | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROVENZALE DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ELK GROVE CARDIOLOGY ASS | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GROVE DENTAL ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |

```
HINSDALE ORTHOPAEDIC ASS  UNSECURED        NOT FILED           .00          .00
JASON BIMHOLTZ MD         UNSECURED        NOT FILED           .00          .00
JESSICA D WALL LCSW       UNSECURED        NOT FILED           .00          .00
JMC MEDICAL ASSOC         UNSECURED        NOT FILED           .00          .00
KAREN S STOLTZ BCD LCSW   UNSECURED        NOT FILED           .00          .00
LOCKE & UCHITELLE PC      UNSECURED        NOT FILED           .00          .00
LOYOLA HOSPITAL           UNSECURED        NOT FILED           .00          .00
LOYOLA UNIVERSITY PHYS F  UNSECURED        NOT FILED           .00          .00
MACNEAL MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00          .00
MEA ELK GROVE             UNSECURED        NOT FILED           .00          .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00          .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED           .00          .00
NICOR GAS                 UNSECURED        NOT FILED           .00          .00
RAMIC MEDICAL IMAGING     UNSECURED           593.10           .00        51.56
BOCA RATON COMMUNITY HOS  UNSECURED        NOT FILED           .00          .00
DIGESTIVE DISEASES        UNSECURED        NOT FILED           .00          .00
PROFESSIONAL ANESTHESIA   UNSECURED        NOT FILED           .00          .00
QUEST DIAGNOSTICS         UNSECURED        NOT FILED           .00          .00
RENAISSANCE RECOVERY SRV  UNSECURED        NOT FILED           .00          .00
RESURRECTION HEALTHCARE   UNSECURED        NOT FILED           .00          .00
RIVERSIDE MENTAL HEALTH   UNSECURED        NOT FILED           .00          .00
RUBEENA H MILAN MD        UNSECURED        NOT FILED           .00          .00
UNIVERSITY NEUROLOGISTS   UNSECURED        NOT FILED           .00          .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED           .00          .00
SBC AMERITECH             UNSECURED        NOT FILED           .00          .00
SCHAUMBURG FIRE DEPT      UNSECURED        NOT FILED           .00          .00
SCHECK & SIRESS           UNSECURED        NOT FILED           .00          .00
SILKIES PANTYHOSE         UNSECURED        NOT FILED           .00          .00
SOANB/FBUG                UNSECURED        NOT FILED           .00          .00
SUBURBAN RADIOLOGISTS     UNSECURED        NOT FILED           .00          .00
THE WATERSHED             UNSECURED        NOT FILED           .00          .00
AFNI/VERIZON              UNSECURED          2596.28           .00       225.67
VILLAGE OF OAK PARK       UNSECURED        NOT FILED           .00          .00
MRSI                      UNSECURED        NOT FILED           .00          .00
WOMENS WORKOUT WORLD      UNSECURED        NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  PRIORITY            3641.00          .00      3641.00
INTERNAL REVENUE SERVICE  UNSECURED          23399.57          .00      2033.83
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7503.06      3641.00     32693.07         .00     43837.13
PRINCIPAL PAID      3372.29      3641.00      2813.34         .00      9826.63
INTEREST PAID           .00          .00          .00         .00           .00
TOTAL PAID          3372.29      3641.00      2813.34         .00      9826.63
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3000.00
and was paid $    1734.00   direct and $    1266.00   through the plan.

The Trustee received $     550.93 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/27/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   3
      CASE NO. 07 B 01910 MATTHEW T NOVAK & CATHY E NOVAK
```